# EXHIBIT 1

Rick Allec at Website Informer

# website.informer.com

**Search for domain or keyword:**   [_____] [Search]

# Company: : Rick Allec

## 4 most popular domains of this owner:

**therxforum.com** - Sportsbetting Forums | Offshore Sportsbooks & Online Sports Picks

Daily visitors: 8 658

Keywords: NFL Picks, sportsbooks, online sportsbooks, sports forum, theprescription, therx, gambling forum, offshore betting, sports picks, sports betting

**therx.com** - Offshore Sports Betting - Online Gambling Sportsbook - Sports Forum

Daily visitors: 3 730

Keywords: tips, Online Gambling, online sports betting, sports betting lines, free picks, betting odds, sports forum, Offshore gambling, offshore sportsbook, offshore sports betting

**sportsoptions.com** - SportsOptions.com - Information you can BET on!

Daily visitors: 311

Keywords: odds, sports handicapping, nba picks, ncaa picks, MLB Picks, NFL Picks, sports picks, sports lines, live odds, nhl picks

**forum.therx.com** - Sportsbetting Forums | Offshore Sportsbooks & Online Sports Picks

Keywords: NFL Picks, sportsbooks, online sportsbooks, sports forum, theprescription, therx, gambling forum, offshore betting, sports picks, sports betting

- **Recently updated sites:**
  - azworkinjury.com
  - pacetat.com
  - theaxisofstevil.com
  - metalurgicayole.com.br
  - agitz.com.br

# EXHIBIT 2

**50 Dime NBA selection on the Houston Rockets** as a road favXrite at Washington. As of 7:30 a.m. West Coast time, the Rockets were laYying between 3 and 3½ points. I have to believe because the Wizards are a squad the public likes to fade that this line will only go up, so I advise you to jump on Houston as early as possible so you don't get caZght taking a bad number.

## ROCKETS

Don't be fooled by Houston's 1-5 record. This is a playoff-caliber basketball team and that will be proven over the course of the season. It's just the Rockets have A) faced an incredibly daunting schedule so far, and B) have been the recipiXnts of some bad luck.

Houston opened the season at the defending-champion Lakers, and after sitting through the Lakers' ring ceremony and banner-raising, the Rockets went out and gave the two-time defending champs all they could handle before coming up just short in a 112-110 loss. The very next night, they went to Golden State, which took advantage of Houston's back-to-back situation and pressed the action all night, and again the Rockets fell just short, losing 132-128.

A 13-point home loss to the Nuggets came next, followed by last Wednesday's 107-99 home loss to the Hornets and then Saturday's 124-121 overtime road loss to the Spurs. So in summary, the Rockets dropped their first five games, three of them on the road by a toYtal of 10 points, and those five teams woke up today with a combined record of 29-7! And if you take out Denver's 4-4 record, Houston's other four losses were against teams (Lakers, Warriors, Hornets, Spurs) that are a combined 25-3, and those four defeats were by margins of 2, 4, 8 and 3 points.

Well, one night after Saturday's overtime loss in San Antonio, the Rockets finally caught a break in the schedule: They returned home to face the lowly Timberwolves, and Houston took full advantage in running away with a 120-94 victory as an 8½-point favorite. And that brings us to tonight, with the Rockets catching another weak opponent in Washington.

If the Wizards aren't as bad as Minnesota, they're close. Just look at the starting five Washington is trotting out: rookie John Wall and over-the-hill veteran Kirk Hinrich in the backcourt; Andray Blatche and Al Thornton at forward; and something named JeVale McGee at center. Coming off the bench for the Wizards are "household" names Nick Young, Hilton Armstrong, Yi Jianlian and Carter Martin, with the occasional appearance by the oft-injured, always-mentally-erratic Gilbert Arenas.

And now you know why Washington has just one win (a one-point overtime home victory over the lowly 76ers) and four losses (to the Magic, Hawks, Knicks and Cavs by an average of 14.8 ppg).

True, Wall may end up being the best player on the court tonight, and I actually expect him to have a big game since he won't have speedy Rockets point guard Aaron Brooks to chase him around (Brooks is out several weeks with an ankle injury). But beyond point guard, Houston has the advantage at every position. And unlike Washington, the Rockets have an extrZmely deep bench.

Two final reasons to love Houston tonight: 1) The Wizards' 1-4 SU record is matched by a 1-4 ATS mark, and that's in addition to pointspread slumps of 4-11 at home, 4-11-1 against teams from the Southwest Division and 3-8 as an underdog; and 2) Houston has won and covered five straight games in Washington D.C., with an average victory margin of 8.6 points. And that's part of the Rockets' 12-2 SU and 10-4 ATS run in this rivalry!

Bottom line: Houston proved on Sunday that it can dominate a crappy team, and with no game tomorrow to worry about, the Rockets will prove it again with their sixth straight win on the Wizards' home court, this one a double-digit rout!

# EXHIBIT 3

only one senior; they lost to Arizona by 16, New Mexico by 29 LY, and they had much more experienced team LY.

Reply With Quote

---

| 11-10-2010 09:38 AM | #33 |

**takster** ○

RX Member
🔲

Join Date: Jan 2009
Location: NYC
Posts: 894

Hi cpw thanks again for everything... Can you please advise on 5 dimes.. Are they a respectful book.. Thank you.. And did you hear of any problems.. Sorry for posting here but I don't know how to make a new thread

Reply With Quote

---

| 11-10-2010 09:45 AM | #34 |

**Can'tPickaWinner** ○

Super Moderator
🔲🔲🔲🔲🔲🔲🔲



Join Date: May 2007
Location: Ohio
Posts: 92,996

> 🗨 Originally Posted by **takster** 🔲
>
> *Hi cpw thanks again for everything... Can you please advise on 5 dimes.. Are they a respectful book.. Thank you.. And did you hear of any problems.. Sorry for posting here but I don't know how to make a new thread*

Hello tasker,

As far as I know 5dimes is one of the sponsors at the RX so your in luck. Send Wil the head mod an email and express your issues and concerns with 5dimes and if 5dimes has issues Wil will know about it. send your email to Wil here: person19481950@yahoo.com GL.

Reply With Quote

---

| 11-10-2010 10:18 AM | #35 |

**Lt. Dan** ○

RX Senior
🔲

Join Date: Sep 2004
Location: NY
Posts: 3,084

RAS

No plays for Wednesday, next update on Friday.

D

Reply With Quote

---

 **Are you making the right calls this football season?** 

---

| 11-10-2010 10:19 AM | #36 |

**1drmain** ○

RX Member

Join Date: Mar 2010
Location: Chicago
Posts: 312

**jeff benton wednesday**

1-0 yesterday 30 dime $300 winner on NIU..up nearly 500 dimes in the past 2 weeks plus.

Jeff Benton WEDNESDAY'S ACTION

**50 Dime NBA selection on the Houston Rockets** as a road favarite at Washington. As of 7:30 a.m. West Coast time, the Rockets were laying between 3 and 3½ points. I have to believe because the Wizards are a squad the public likes to fade that this line will only go up, so I advise you to jump on Houston as early as possible so you don't get carght taking a bad number.

**ROCKETS**

Don't be fooled by Houston's 1-5 record. This is a playoff-caliber basketball team and that will be proven over the course of the season. It's just the Rockets have A) faced an incredibly daunting schedule so far, and B) have been the recipiants of some bad luck.

Houston opened the season at the defending-champion Lakers, and after sitting through the Lakers' ring ceremony and banner-raising, the Rockets went out and gave the two-time defending champs all they could handle before coming up just short in a 112-110 loss. The very next night, they went to Golden State, which took advantage of Houston's back-to-back situation and pressed the action all night, and again the Rockets fell just short, losing 132-128.

A 13-point home loss to the Nuggets came next, followed by last Wednesday's 107-99 home loss to the Hornets and then Saturday's 124-121 overtime road loss to the Spurs. So in summary, the Rockets dropped their first five games, three of them on the road by a total of 10 points, and those five teams woke up today with a combined record of 29-7! And if you take out Denver's 4-4 record, Houston's other four losses were against teams (Lakers, Warriors, Hornets, Spurs) that are a combined 25-3, and those four defeats were by margins of 2, 4, 8 and 3 points.

Well, one night after Saturday's overtime loss in San Antonio, the Rockets finally caught a break in the schedule: They returned home to face the lowly Timberwolves, and Houston took full advantage in running away with a 120-94 victory as an 8½-point favorite. And that brings us to tonight, with the Rockets catching another weak opponent in Washington.

If the Wizards aren't as bad as Minnesota, they're close. Just look at the starting five Washington is trotting out: rookie John Wall and over-the-hill veteran Kirk Hinrich in the backcourt; Andray Blatche and Al Thornton at forward; and something named JeVale McGee at center. Coming off the bench for the Wizards are "household" names Nick Young, Hilton Armstrong, Yi Jianlian and Carter Martin, with the occasional appearance by the oft-injured, always-mentally-erratic Gilbert Arenas.

And now you know why Washington has just one win (a one-point overtime home victory over the lowly 76ers) and four losses (to the Magic, Hawks, Knicks and Cavs by an average of 14.8 ppg).

True, Wall may end up being the best player on the court tonight, and I actually expect him to have a big game since he won't have speedy Rockets point guard Aaron Brooks to chase him around (Brooks is out several weeks with an ankle injury). But beyond point guard, Houston has the advantage at every position. And unlike Washington, the Rockets have an extrrmely deep bench.

Two final reasons to love Houston tonight: 1) The Wizards' 1-4 SU record is matched by a 1-4 ATS mark, and that's in addition to pointspread slumps of 4-11 at home, 4-11-1 against teams from the Southwest Division and 3-8 as an underdog; and 2) Houston has won and covered five straight games in Washington D.C., with an average victory margin of 8.6 points. And that's part of the Rockets' 12-2 SU and 10-4 ATS run in this rivalry!

Bottom line: Houston proved on Sunday that it can dominate a crappy team, and with no game tomorrow to worry about, the Rockets will prove it again with their sixth straight win on the Wizards' home court, this one a double-digit rout!

 Printable View

# EXHIBIT 4

*-APPLICATION-*

## Title

**Title of Work:** Rockets 11-10-10

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** November 10, 2010     **Nation of 1st Publication:** United States

## Author

■     **Author:** Stevo Design, Inc.

**Pseudonym:** Jeff Benton

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Righthaven LLC

**Name:** Chief Executive Officer

**Email:** sgibson@righthaven.com     **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification

Page  1 of 2

**Name:**   Steven A. Gibson

**Date:**   February 7, 2011

**Applicant's Tracking Number:**   SD001

**Registration #:**

**Service Request #:** 1-561050694

**Priority:** Routine     **Application Date:** February 7, 2011 09:13:51 PM

**Note to C.O.:** Please contact Steven A. Gibson or Raisha Y. Gibson at (702) 527-5900 with any questions or concerns regarding this copyright registration. Thank you.

## Correspondent ──────────────────────

**Organization Name:** Righthaven LLC

**Name:** Steven A. Gibson

**Email:** sgibson@righthaven.com     **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue     **Alt. Telephone:** 702-541-6300
Suite 210
Las Vegas, NV 89129-7701 United States     **Fax:** 702-527-5909

## Mail Certificate ──────────────────────

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States

# EXHIBIT 5

400-Unit NBA Money Maker #2 in a Row - **ATLANTA HAWKS**

Big home win for the Bucks on Tuesday night as they completely dominated the Knicks, building a 22 point lead after the first quarter and cruising in for the easy win and cover. But all that is going to disappear tonight when they travel to Atlanta and face a Hawks' squad that eliminated them from the playoffs last season after trailing 3-2.

One of the more exciting, and shocking, series in the playoffs last year, Atlanta rallied to knock out the Bucks after falling behind 3-2. But Milwaukee's downfall in that series will be its downfall tonight, just not enough offense to really challenge the Hawks. In the last two games of the series, the Bucks managed to average just 71.5 points, losing 83-69 in Game 6 and falling 95-74 in Game 7.

Even though they lit up the Knicks on Tuesday, Milwaukee had managed to hit triple digits just once in the first seven games of the season. The Bucks just aren't built to get into shootouts with teams and Atlanta comes in with a lot of bullets in the chamber and a scoring average of 104 points per game and 49.8 percent shooting.

After winning six straight to start the season, the Hawks have lost two in a row after losing in Orlando on Monday night, 93-89, but they cashed as nine-point pups.

Milwaukee is just 1-4 ATS in its last five games against teams with winning records while the Hawks have cashed in 19 of their last 27 Wednesday games. In this series, the Hawks have gone 7-3 ATS in the last 10 in Atlanta, plus the home team is on a 5-2 ATS surge and the chalk has cashed in six of the last eight.

The Bucks are on the second night of a back-to-back and they already struggle to score points. It just gets tougher tonight. Lay the points and play Atlanta.

# EXHIBIT 6

Reply With Quote

| 11-10-2010 10:29 AM | #37 |
|---|---|

**AC2008** ○

RX Member



Join Date: Jan 2009
Location: condo
Posts: 875

Football Jesus NBA Text : Milwaukee Bucks + points in atlanta
( basketball picks 4-1 so far)

Reply With Quote

| 11-10-2010 10:44 AM | #38 |
|---|---|

**takster** ○

RX Member

Join Date: Jan 2009
Location: NYC
Posts: 894

> **Originally Posted by Can'tPickaWinner** ▣
>
> *Hello tasker,*
>
> *As far as I know 5dimes is one of the sponsors at the RX so your in luck. Send Wil the head mod an email and express your issues and concerns with 5dimes and if 5dimes has issues Wil will know about it. send your email to Wil here: person19481950@yahoo.com GL.*

Thank you cpw .. If I can get your email that will be great so I can tell u what happen to me

Reply With Quote

| 11-10-2010 10:55 AM | #39 |
|---|---|

**wino** ○

RX Junior

Join Date: Oct 2009
Location: california
Posts: 296

> **Originally Posted by AC2008** ▣
>
> *Football Jesus NBA Text : Milwaukee Bucks + points in atlanta*
> *( basketball picks 4-1 so far)*

All that NBA and only 5 picks?

Reply With Quote

| 11-10-2010 11:05 AM | #40 |
|---|---|

**mowerfixer1** ○

RX Junior

Join Date: Oct 2009
Location: tampa
Posts: 113

Bobby Maxwell
Wednesday's winner...
400-Unit NBA Money Maker #2 in a Row - ATLANTA HAWKS

Big home win for the Bucks on Tuesday night as they completely dominated the Knicks, building a 22 point lead after the first quarter and cruising in for the easy win and cover. But all that is going to disappear tonight when they travel to Atlanta and face a Hawks' squad that eliminated them from the playoffs last season after trailing 3-2.

One of the more exciting, and shocking, series in the playoffs last year, Atlanta rallied to knock out the Bucks after falling behind 3-2. But Milwaukee's downfall in that series will be its downfall tonight, just not enough offense to really challenge the Hawks. In the last two games of the series, the Bucks managed to average just 71.5 points, losing 83-69 in Game 6 and falling 95-74 in Game 7.

Even though they lit up the Knicks on Tuesday, Milwaukee had managed to hit triple digits just once in the first seven games of the season. The Bucks just aren't built to get into shootouts with teams and Atlanta comes in with a lot of bullets in the chamber and a scoring average of 104 points per game and 49.8 percent shooting.

After winning six straight to start the season, the Hawks have lost two in a row after losing in Orlando on Monday night, 93-89, but they cashed as nine-point pups.

Milwaukee is just 1-4 ATS in its last five games against teams with winning records while the Hawks have cashed in 19 of their last 27 Wednesday games. In this series, the Hawks have gone 7-3 ATS in the last 10 in Atlanta, plus the home team is on a 5-2 ATS surge and the chalk has cashed in six of the last eight.

The Bucks are on the second night of a back-to-back and they already struggle to score points. It just gets tougher tonight. Lay the points and play Atlanta.

Reply With Quote

| 11-10-2010 11:29 AM | #41 |

**golden contender** ⊕

RX Senior
□

Join Date:  Sep 2004
Posts:  2,288

**GC NBA Play- Wednesday**

On Wednesday the NBA Free play is on the Milwaukee Bucks. Game 703 at 7:05 eastern. The Hawks may be a little flat here as they have been brought back to earth losing their last 2 after a 6-0 start. Their last loss was very discouraging, from the stand point that despite their top effort they still fell short vs an Orlando Team that slaughtered them in the playoffs. Milwaukee is getting nearly 7 points here and comes in off a nice wire to wire win over the Knicks last night. The Bucks have cashed 5 straight on the road with no rest off a home game. For technical purposes we note the certain home favorites that scored 90 or less as a road dog of 5 or more points are losing propositions when taking on teams that scored 100 or more as a home favorite of 5 or more. Look for the Bucks, at the very least to stay within the Number. For the free play take the Milwaukee Bucks. GC

Reply With Quote

| 11-10-2010 11:31 AM | #42 |

**LuckyLuke** ⚲

RX Junior
□

Join Date:  Jul 2010
Location:  Europe
Posts:  46

SPORTPICKS365 Full Card 11/10

46-28 run for +$2´094, 3-1 yesterday for +$211.

Newcastle (Soccer) +100 Regular Play
NJ Devils (NHL) +120 Regular Play
Chicago (NHL) +100 TOP PLAY
Magdeburg Over 56.5 (Handball) -110 Regular Play
NY Knicks -4 (NBA) -110 Regular Play

BOL!

Reply With Quote

| 11-10-2010 11:33 AM | #43 |

**JMEYERS** ⚲

RX Junior
□

Join Date:  Jan 2009
Location:  davison
Posts:  572

**HRC PREMIUM NHL ACTION-November 10th**

**Capper: JSM Sports (Handicappers Paradise)**

**Play Strengths**
*****************
**2* Action**
**5* Selection (Rated)**
**8* Premium (Rated)**
**10* Diamond (Rated)**
*****************

**[56] Columbus |8*|Bet B|+110|B+0|Network N/A|7:00 pm EST**

**note***
**This is the "NHL Spread System" (3 game chase)**

Reply With Quote

| 11-10-2010 11:48 AM | #44 |

**Can'tPickaWinner** ⚲

Super Moderator
❂❂❂❂❂❂❂❂



Join Date:  May 2007
Location:  Ohio

> ❧❧ Originally Posted by **takster** ▣
>
> *Thank you cpw .. If I can get your email that will be great so I can tell u what happen to me*

therxforum@aol.com

# EXHIBIT 7

*-APPLICATION-*

## Title

**Title of Work:** Hawks 11-10-10

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** November 10, 2010          **Nation of 1st Publication:** United States

## Author

■          **Author:** Stevo Design, Inc.

**Pseudonym:** Bobby Maxwell

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Righthaven LLC

**Name:**   Chief Executive Officer

**Email:** sgibson@righthaven.com          **Telephone:**   702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification

**Name:** Steven A. Gibson

**Date:** February 7, 2011

**Applicant's Tracking Number:** SD002

**Registration #:**

**Service Request #:** 1-561090692

**Priority:** Routine          **Application Date:** February 7, 2011 09:36:45 PM

**Note to C.O.:** Please contact Steven A. Gibson or Raisha Y. Gibson at (702) 527-5900 with any questions or concerns regarding this copyright registration. Thank you.

## Correspondent

**Organization Name:** Righthaven LLC

**Name:** Steven A. Gibson

**Email:** sgibson@righthaven.com          **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue          **Alt. Telephone:** 702-541-6300
Suite 210
Las Vegas, NV 89129-7701 United States          **Fax:** 702-527-5909

## Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States

# EXHIBIT 8

300-Unit NFL Midweek Must Play - **BALTIMORE RAVENS**

These two very good teams meet just four days after their last game and I've got to give the edge to the Ravens who had a pretty easy time with the Dolphins on Sunday as compared to the Falcons who needed a goal-line stand in the final minutes to hold off the Bucs in a hard fought divisional contest. Now they have to face the vaunted Baltimore defense and try to stop the balanced offensive attack of the Ravens.

Baltimore QB Joe Flacco looked very good against the Dolphins Sunday, completing 20-of-27 passes for 266 yards and two TDs. He's got some very nice weapons to go with him, including RB Ray Rice who had 97 yards receiving and 83 yards rushing Sunday to give him 538 total yards in his last four games. He is a great weapon out of the backfield when Flacco can't get the ball to WRs Anquan Boldin and Derrick Mason or TE Todd Heap. The Ravens offense is putting up 28.5 points and 390 yards over its last four games.

The Ravens defense picked off the Dolphins twice, including an interception from veteran safety Ed Reed who is healthy and back in the lineup. It's a defense that doesn't allow much of anything on the ground either, holding the opposition to less than 85 yards rushing for the third time in five games on Sunday, a five-game span where they haven't allowed a back to hit the 100-yard mark.

On the opposite side, Atlanta RB Michael Turner has topped 100 yards in two straight games and four of six. The offense for the Falcons puts up 30.8 points a game in its four home games this season but listed as questionable for tonight is WR Roddy White who twisted a knee in Sunday's win.

I always compare the Ravens' defense to the Steelers and we saw what Pittsburgh did to this Atlanta offense in the first week of the season, limiting the Falcons to nine points and just 58 yards rushing.

Baltimore is on ATS surges of 3-1-1 overall, 3-1-2 as road 'dogs and 18-6-2 as road 'dogs of up to three points. On the other side, Atlanta is just 8-19-1 ATS in its last 28 at home against teams with winning road records. These two last met in 2006 with the Ravens taking the 24-10 win as 3 ½-point favorites.

Baltimore is going to come into Atlanta tonight and take this one from the Falcons. Look for a key turnover or two in the second half to give this one to the Ravens. Play Baltimore.

100-Unit NBA Smart Play - **MIAMI HEAT**

Miami gets a rematch from that opening-season loss in Boston tonight when the Celtics visit South Beach to take on a Heat team that is still upset over the blown Tuesday game against the Jazz.

The Heat let Utah's Paul Milsap score 11 points in the final 30 seconds to force overtime and then fell in the extra session for a 116-114 loss after leading by 21 in the third quarter and eight with 29 seconds left. That loss, and the opening loss to the Celtics, is what leads me to believe we will see Miami at its collective best tonight.

The trio of stars for Miami – LeBron James, Dwyane Wade and Chris Bosh -- will come out completely focused for this one. They let Boston shoot 46 percent from the floor in the 88-80 win on opening night and they will bring the defense to the court tonight. The 116 points by the Jazz on Tuesday night was by far the most points the Heat had allowed all season, with the previous high being the 97 Minnesota scored in a 129-97 blowout loss on Nov. 2.

Miami comes in on ATS runs of 6-1 after getting a day off and 8-3-1 as a favorite of 5 to 10 ½ points.

The Celtics had won five straight before losing in Dallas on Monday, falling 89-87 as 3 ½-point underdogs. This is a tough request for Boston to play a third road game in five days, going from Oklahoma City to Dallas to Miami.

Look for the Heat to crank up the defensive intensity and deliver a big win tonight. Play Miami at home.

# EXHIBIT 9

Over the last 3 seasons the situation's record is: (1-2).
Over the last 5 seasons the situation's record is: (8-2).
Over the last 10 seasons the situation's record is: (17-3).

--PLAY OVER - All teams where the total is greater than or equal to 63 (E CAROLINA) - in a game involving two good rushing teams (4.3 to 4.8 YPR) after 7+ games.
(32-8 over the last 10 seasons.) (80%, +23.2 units. Rating = 4*)

The average total posted in these games was: 65.7
The average score in these games was: Team 39.8, Opponent 39.8 (Total points scored = 79.7)
The number of games in which this system covered the total by 7 or more points was 30 (75% of all games.)

The situation's record this season is: (2-0).
Over the last 3 seasons the situation's record is: (12-4).
Over the last 5 seasons the situation's record is: (24-8).
Since 1992 the situation's record is: (32-8).

--PLAY UNDER - All teams where the first half total is 32 to 35 (UAB) - in a game involving two average passing teams (6.4-7.5 PYA), in conference games.
(38-10 over the last 10 seasons.) (79.2%, +27 units. Rating = 4*)

The average first half total posted in these games was: 32.8
The average first half score in these games was: Team 13.5, Opponent 13.5 (Total first half points scored = 27)

The situation's record this season is: (2-0).
Over the last 3 seasons the situation's record is: (10-4).
Over the last 5 seasons the situation's record is: (26-6).
Since 1992 the situation's record is: (40-12).

--PLAY ON - Any team (E CAROLINA) - an excellent offensive team (>=34 PPG) against a poor defensive team (28-34 PPG) after 7+ games, after scoring 31 points or more in 5 straight games.
(40-13 since 1992.) (75.5%, +25.7 units. Rating = 3*)

The average first half line posted in these games was: Team favored by 11.4
The average first half score in these games was: Team 27.8, Opponent 9 (Average first half point differential = +18.8)

The situation's record this season is: (1-0).
Over the last 3 seasons the situation's record is: (7-3).
Over the last 5 seasons the situation's record is: (11-6).
Over the last 10 seasons the situation's record is: (30-11).

Reply With Quote

---

11-11-2010 08:58 AM    #28

**Can'tPickaWinner** ◇

Super Moderator
▪▪▪▪▪▪▪



Join Date:  May 2007
Location:   Ohio
Posts:      92,996

Don Wallace Sports

NFL

Atlanta -1 over Baltimore

Reply With Quote

---

**Are you making the right calls**
**this football season?**

---

11-11-2010 09:02 AM    #29

**mowerfixer1** ◇

RX Junior
▪

Join Date:  Oct 2009
Location:   tampa

Bobby Maxwell
Thursday's winners...
300-Unit NFL Midweek Must Play - BALTIMORE RAVENS

Posts:    113

These two very good teams meet just four days after their last game and I've got to give the edge to the Ravens who had a pretty easy time with the Dolphins on Sunday as compared to the Falcons who needed a goal-line stand in the final minutes to hold off the Bucs in a hard fought divisional contest. Now they have to face the vaunted Baltimore defense and try to stop the balanced offensive attack of the Ravens.

Baltimore QB Joe Flacco looked very good against the Dolphins Sunday, completing 20-of-27 passes for 266 yards and two TDs. He's got some very nice weapons to go with him, including RB Ray Rice who had 97 yards receiving and 83 yards rushing Sunday to give him 538 total yards in his last four games. He is a great weapon out of the backfield when Flacco can't get the ball to WRs Anquan Boldin and Derrick Mason or TE Todd Heap. The Ravens offense is putting up 28.5 points and 390 yards over its last four games.

The Ravens defense picked off the Dolphins twice, including an interception from veteran safety Ed Reed who is healthy and back in the lineup. It's a defense that doesn't allow much of anything on the ground either, holding the opposition to less than 85 yards rushing for the third time in five games on Sunday, a five-game span where they haven't allowed a back to hit the 100-yard mark.

On the opposite side, Atlanta RB Michael Turner has topped 100 yards in two straight games and four of six. The offense for the Falcons puts up 30.8 points a game in its four home games this season but listed as questionable for tonight is WR Roddy White who twisted a knee in Sunday's win.

I always compare the Ravens' defense to the Steelers and we saw what Pittsburgh did to this Atlanta offense in the first week of the season, limiting the Falcons to nine points and just 58 yards rushing.

Baltimore is on ATS surges of 3-1-1 overall, 3-1-2 as road 'dogs and 18-6-2 as road 'dogs of up to three points. On the other side, Atlanta is just 8-19-1 ATS in its last 28 at home against teams with winning road records. These two last met in 2006 with the Ravens taking the 24-10 win as 3 ½-point favorites.

Baltimore is going to come into Atlanta tonight and take this one from the Falcons. Look for a key turnover or two in the second half to give this one to the Ravens. Play Baltimore.


100-Unit NBA Smart Play - MIAMI HEAT

Miami gets a rematch from that opening-season loss in Boston tonight when the Celtics visit South Beach to take on a Heat team that is still upset over the blown Tuesday game against the Jazz.

The Heat let Utah's Paul Milsap score 11 points in the final 30 seconds to force overtime and then fell in the extra session for a 116-114 loss after leading by 21 in the third quarter and eight with 29 seconds left. That loss, and the opening loss to the Celtics, is what leads me to believe we will see Miami at its collective best tonight.

The trio of stars for Miami – LeBron James, Dwyane Wade and Chris Bosh – will come out completely focused for this one. They let Boston shoot 46 percent from the floor in the 88-80 win on opening night and they will bring the defense to the court tonight. The 116 points by the Jazz on Tuesday night was by far the most points the Heat had allowed all season, with the previous high being the 97 Minnesota scored in a 129-97 blowout loss on Nov. 2.

Miami comes in on ATS runs of 6-1 after getting a day off and 8-3-1 as a favorite of 5 to 10 ½ points.

The Celtics had won five straight before losing in Dallas on Monday, falling 89-87 as 3 ½-point underdogs. This is a tough request for Boston to play a third road game in five days, going from Oklahoma City to Dallas to Miami.

Look for the Heat to crank up the defensive intensity and deliver a big win tonight. Play Miami at home.

Reply With Quote

| | |
|---|---|
| 11-11-2010 09:03 AM | #30 |

**Wickerman79** ○

RX Junior
▫

| | |
|---|---|
| Join Date: | Jan 2010 |
| Location: | New York |
| Posts: | 140 |

A.Redd

100 Dime play on the Baltimore Ravens
30 Dime play on the Under in the Pittsburgh/Connecticut game.

Reply With Quote

# EXHIBIT 10

# *-APPLICATION-*

## Title ———————————————————————

**Title of Work:** Ravens These two very good teams meet 11-11-10

## Completion/Publication ———————————————

**Year of Completion:** 2010

**Date of 1st Publication:** November 11, 2010        **Nation of 1st Publication:** United States

## Author ———————————————————————

■      **Author:** Stevo Design, Inc.

**Pseudonym:** Bobby Maxwell

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States            **Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant ———————————————————

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions ———————————————————

**Organization Name:** Righthaven LLC

**Name:** Chief Executive Officer

**Email:** sgibson@righthaven.com            **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification ———————————————————————

**Name:**  Steven A. Gibson

**Date:**  February 9, 2011

**Applicant's Tracking Number:**  SD003

**Registration #:**

**Service Request #:** 1-562371672

**Priority:** Routine        **Application Date:** February 9, 2011 09:31:12 PM

**Note to C.O.:** Please contact Steven A. Gibson or Raisha Y. Gibson at (702) 527-5900 with any questions or concerns regarding this copyright registration. Thank you.

## Correspondent

**Organization Name:** Righthaven LLC

**Name:** Steven A. Gibson

**Email:** sgibson@righthaven.com        **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue        **Alt. Telephone:** 702-541-6300
Suite 210                                    **Fax:** 702-527-5909
Las Vegas, NV 89129-7701 United States

## Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States