SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff Righthaven LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RICK ALLEC, an individual; and RX ADVERTISING, INC. LLC, a limited-liability company of unknown origin,<br><br>　　　　Defendants. | Case No.: 2:11-cv-00532-KJD-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF RIGHTHAVEN LLC TO RESPOND TO DEFENDANT'S MOTION TO DISMISS UNDER RULES 12(b)(1) AND (6)**<br><br>**(FIRST REQUEST)** |

　　　　IT IS HEREBY STIPULATED BETWEEN Righthaven LLC ("Righthaven"), by and through its counsel of record, and Defendant Michael Richard (a/k/a "Rick") Allec ("Defendant"), by and through his counsel of record, that Righthaven shall have up to and including Thursday, July 21, 2011 to file its response to Defendant's Motion to Dismiss Under Rules 12(b)(1) and (6) (Doc. # 11). Defendant shall an additional fourteen (14) days from the time period permitted under the standard briefing period set forth in the Local Rules of Civil Practice to file his reply to Righthaven's response.

This stipulation is sought in good faith and not for purposes of delay. It is entered into as an accommodation to Righthaven's counsel's schedule, which includes the need to file an Omnibus Order to Show Cause Response in ten (10) pending actions along with additional required filings and hearings during the next two weeks.

Dated this 6th day of July, 2011.

| RANDAZZA LEGAL GROUP | SHAWN A. MANGANO, LTD. |
|---|---|
| By: /s/ J. Malcom DeVoy IV<br>J. Malcom DeVoy IV, Esq.<br>Nevada Bar No. 11950<br>jmd@Randazza.com<br>7001 W. Charleston Blvd., # 1043<br>Las Vegas, Nevada 89117 | By: /s/ Shawn A. Mangano<br>Shawn A. Mangano, Esq.<br>Nevada Bar No. 6730<br>shawn@manganolaw.com<br>9960 West Cheyenne Avenue, Suite 170<br>Las Vegas, Nevada 89129-7701 |
| *Attorneys for Defendant Michael "Rick" Allec* | *Attorneys for Plaintiff Righthaven LLC* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**