# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RIGHTHAVEN, LLC,

    Plaintiff,

v.

RICK ALLEC, *et al*.,

    Defendants.

Case No. 2:11-CV-00532-KJD-PAL

**ORDER**

    Presently before the Court is Defendant Michael Richard Allec's Motion to Dismiss (#11). Though no opposition to the motion has been filed, Plaintiff filed its' Amended Complaint (#13) on July 11, 2011. On July 25, 2011, Defendant filed a Motion to Dismiss (#14) the Amended Complaint.

    Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (#11) is **DENIED as moot**.

    DATED this 3rd day of August 2011.

_____

Kent J. Dawson
United States District Judge