J. Malcolm DeVoy (Nevada Bar No. 11950)
jmd@Randazza.com
RANDAZZA LEGAL GROUP
7001 W. Charleston Boulevard, # 1043
Las Vegas, NV 89117
Telephone: 888-667-1113
Facsimile: 305-437-7662
Randazza.com

Attorney for Defendant,
*Michael "Rick" Allec*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>RICK ALLEC, an individual; and RX ADVERTISING INC., LLC, a limited-liability company of unknown origin,<br><br>    Defendants. | Case No. 2:11-cv-00532<br><br>**MOTION TO WITHDRAW** |

## MOTION TO WITHDRAW

Movant, J. Malcolm DeVoy, respectfully moves for withdrawal of his appearance as counsel for defendant Michael "Rick" Allec in the above-captioned matter. A conflict has arisen between Defendant and the movant's law firm that falls within Rule 1.16(b) of the Nevada Rules of Professional Conduct, and the movant can no longer represent Defendant in this action.

The Nevada Rules of Professional Conduct permit this withdrawal. Movant bases this motion on Rule 1.16(b), subsections 4 (fundamental disagreement), 5, 6 and 7. Under Rule 1.16(b)(1), this withdrawal will not cause prejudice to the client, who does not have an immediate need for representation and, even following an adverse ruling on the pending Motion to Dismiss, will have time to retain alternate counsel.

Randazza
Legal Group
7001 W. Charleston Bl.
# 1043
Las Vegas, NV 89117
(888) 667-1113

In accordance with Rule 1.16(d), the undersigned has already conferred with the Defendant about this motion and taken the steps to end representation specified in that Rule, as applicable. Furthermore, the undersigned has conferred with opposing counsel, who has represented that the Plaintiff does not object to his withdrawal. Accordingly, the undersigned respectfully requests that the Court grant the instant motion.

Dated: September 13, 2011

Respectfully Submitted,

RANDAZZA LEGAL GROUP

J. Malcolm DeVoy IV

Attorney for Defendant,
*Michael "Rick" Allec*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a representative of Randazza Legal Group and that on this 13th day of September, 2011, I caused the document(s) titled:

to be served as follows:

[ ]   by depositing same for mailing in the United States Mail, in a sealed envelope addressed to Steven A. Gibson, Esq., Righthaven, LLC, 9960 West Cheyenne Avenue, Suite 210, Las Vegas, Nevada, 89129-7701, upon which first class postage was fully prepaid; and/or

[ ]   Pursuant to Fed. R. Civ. P. 5(b)(2)(D), to be sent via facsimile as indicated; and/or

[ ]   to be hand-delivered;

[ X ]   by the Court's CM/ECF system.

/s/ J. Malcolm DeVoy
J. Malcolm DeVoy

Randazza Legal Group
7001 W. Charleston Bl. # 1043
Las Vegas, NV 89117
(888) 667-1113