UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| RIGHTHAVEN, LLC, | ) | 2:11-cv-00532-KJD-CWH |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| RICK ALLEC, *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendant's counsel James M. DeVoy's Motion to Withdraw (#19), filed September 13, 2011. The Court has reviewed the motion and finds that the requirements of LR IA 10-6(b) have not been met. Although Mr. DeVoy has consulted with the affected client, LR IA 10-6(b) requires that "notice" of this motion be served on "the affected client <u>and</u> opposing counsel." There is no indication that notice of this motion has been served on the affected client. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's counsel James M. DeVoy's Motion to Withdraw (#19) is **denied without prejudice**.

DATED this 14th day of September, 2011.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge