UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| RIGHTHAVEN, LLC, | ) | 2:11-cv-00532-KJD-CWH |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| RICK ALLEC, *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendant's counsel James M. DeVoy's Second Motion to Withdraw (#20), filed September 14, 2011. The Court has reviewed the motion and finds that the requirements of LR IA 10-6(b) and LR IA 10-6(e) have been met. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's counsel James M. DeVoy's Second Motion to Withdraw (#20) is **granted**.

**IT IS FURTHER ORDERED** that defense counsel James M. Devoy shall serve a copy of this order on his former client, Defendant Rick Allec, and file notice of such service with the Court by September 26, 2011. The notice must include the last known address of the defendant.

DATED this 19th day of September, 2011.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge